UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB HOFFMAN,<br><br>                 Plaintiff,<br><br>          v.<br><br>I.C. SYSTEM, INC., et al.,<br><br>                 Defendants. | Case No. 1:21-cv-01637-AWI-EPG<br><br>ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE<br><br>(ECF No. 23) |

On February 3, 2022, the parties filed a stipulated protective order. (ECF No. 23.)

Local Rule 141.1 requires that every proposed protective order contain the following provisions:

> (1) A description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child);
>
> (2) A showing of particularized need for protection as to each category of information proposed to be covered by the order; and
>
> (3) A showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties.

E.D. Cal. L.R. 141.1(c).

Having reviewed the proposed protective order, the Court finds that it does not comply with Local Rule 141.1(c). The parties have not identified the types of information eligible for protection under the order in terms sufficient to reveal the nature of the information. Additionally,

1

the parties have not made a showing of particularized need for protection as to each category of information proposed to be protected, or a showing as to why that need of protection should be addressed by a court order rather than by private agreement.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated protective order (ECF No. 23) is DENIED without prejudice to refiling a proposed stipulated protective order that complies with Local Rule 141.1(c).

IT IS SO ORDERED.

Dated:   **February 4, 2022**             /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE