UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB HOFFMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>I.C. SYSTEM, INC., et al.,<br><br>  Defendants. | Case No.  1:21-cv-01637-AWI-EPG<br><br>ORDER DIRECTING DEFENDANTS I.C. SYSTEM, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO STIPULATION TO DISMISS<br><br>(ECF No. 38) |

On April 22, 2022, Plaintiff Jacob Hoffman and Defendant Trans Union, LLC filed a stipulation to dismiss Defendant Trans Union, LLC, only with prejudice. (ECF No. 38.) Federal Rule of Civil Procedure 41 permits a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal **signed by all parties who have appeared**. Fed. R. Civ. P. 41(a)(1)(A)(ii) (emphasis added). Here, Defendants I.C. System, Inc. and Experian Information Solutions, Inc. have appeared in this action but did not sign the stipulation to dismiss Defendant Trans Union, LLC.

Accordingly, IT IS HEREBY ORDERED that Defendants I.C. System, Inc. and Experian Information Solutions, Inc. are directed to file a response or statement of non-opposition to the stipulation within **fourteen (14) days** of the date of this order.

///

///

Alternatively, the parties my file a stipulation of dismissal signed by all parties who have appeared in this action in compliance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: **April 25, 2022**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE