UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB HOFFMAN,<br><br>Plaintiff,<br><br>v.<br><br>I.C. SYSTEM, INC.,<br><br>Defendants. | Case No.   1:21-cv-01637-AWI-BAK (EPG)<br><br>ORDER SETTING STATUS CONFERENCE<br><br>(ECF No. 49) |

     After the parties failed to file a dispositional document by the Court ordered deadline, the Court issue an order *sua sponte* granting them an extension until September 20, 2022, to do so. (ECF No. 48). Plaintiff has since filed a request for a status conference, stating that Defendant I.C. System, Inc. has failed to return a fully executed settlement agreement and release and asking that this Court order the parties to attend a status conference to ascertain if and when Defendant will perform under the contract so that the parties may file a dispositional document by the Court's September 20, 2022 deadline. (ECF No. 49).

     Upon review, the Court will set a telephonic status conference in this case.

///
///
///
///

1

Accordingly, IT IS ORDERED as follows:

1. A telephonic status conference is set before the undersigned on September 21, 2022, at 2:00 p.m. To participate, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

2. If the parties file a dispositional document before the conference, the Court will vacate it.

IT IS SO ORDERED.

Dated:   **September 9, 2022**          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE