# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB HOFFMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>I.C. SYSTEM, INC.; TRANS UNION, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants | CASE NO. 1:21-cv-01637-AWI-EPG<br><br>ORDER CLOSING CASE |

    On May 20, 2022, the Court ordered Defendants I.C. System, Inc. ("I.C. System"), Trans Union, LLC ("Trans Union"), and Experian Information Solutions, Inc. ("Experion") (collectively, "Defendants") to show cause in writing why Plaintiff Jacob Hoffman's request to dismiss Trans Union and Experion from this case under Fed. R. Civ. P. 41(a)(2) should not be granted.  Doc. No. 45 at 1-2 (citing Doc. Nos. 38 & 44).  Defendants did not oppose the dismissal and, therefore, the Court dismissed Trans Union and Experion from the case pursuant to Rule 41(a)(2).  Doc. No. 52.

    On May 24, 2022, a Settlement Conference was held before the Court in which Plaintiff and I.C. System reached a settlement under the terms and conditions as read into the record.  Doc. No. 47.  On September 19, 2022, Plaintiff and I.C. System filed a signed Stipulation of Dismissal with Prejudice as to Defendant I.C. System, Inc., stating that "Plaintiff and Defendant I.C. System, Inc., stipulate to dismiss all of Plaintiff's Claims against I.C. Systems, Inc., with prejudice.  Each party is to bear their own attorneys' fees and costs."  Doc. No. 51.  In light of Plaintiff and I.C. System's signed Stipulation and the Court's prior dismissal of Trans Union and Experion, the Court finds it appropriate now to close this case.  Fed. R. Civ. P. 41.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall CLOSE this case.

IT IS SO ORDERED.

Dated: __September 20, 2022__           _____
                                          SENIOR DISTRICT JUDGE